**MAGISTRATE JUDGE'S MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. Magistrate Judge: John Z. Boyle** | **Date:** November 30, 2022 |
| **USA v. Kingsley Sebastian Ibhadore** | **Case Number: CR-22-01392-001-PHX-JJT** |

**Assistant U.S. Attorney:  Christina Reid-Moore for Raymond K. Woo**
**Attorney for Defendant:  Ana Botello**, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:**  ☒ **Present**  ☐ **Not Present**  ☐ **Released**  ☒ **Custody** ☐ **Summons** ☐ **Writ**

**INITIAL APPEARANCE AND ARRAIGNMENT:**
**DOA: 11/22/2022**
MINUTE ENTRY for proceedings held before Magistrate Judge John Z. Boyle: Initial Appearance and Arraignment as to Kingsley Sebastian Ibhadore held on 11/30/2022.  The Government moves to UNSEAL the case.  SO ORDERED.  FINANCIAL AFFIDAVIT TAKEN.  Appointing AFPD Ana Botello for Defendant.  Defendant enters a plea of NOT GUILTY as to all counts.  Detention Hearing requested.

As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

Motions due within 21 days.

Detention Hearing set for 12/2/2022 at 10:30 AM before Magistrate Judge John Z. Boyle in Courtroom 302.

Jury Trial set for 1/4/2023 at 9:00 AM before District Judge John J. Tuchi in Courtroom 505.

| | |
|---|---|
| **Recorded By** Courtsmart | **IA    01 min** |
| **Deputy Clerk** Kenneth G. Miller | **ARR  01 min** |
| | |
| | **Start:  3:38 PM** |
| | **Stop:   3:40 PM** |