# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>v.<br><br>Kingsley Sebastian Ibhadore,<br><br>               Defendant. | No. CR 22-01392-01-PHX-JJT<br><br>**ORDER STAYING DEFENDANT'S CONDITIONS OF RELEASE** |

      The Court having been advised by the Pretrial Services Officer regarding the Court's electronic monitoring conditions, and the United States Marshal regarding new information as to the Defendant's status in the United States, IT IS ORDERED that the previous Order Setting Conditions of Release of the Defendant is STAYED pending further hearing to be set by this Court. *See* 18 U.S.C. 3142(c) and (f)(2). The Court will contact the parties to set a prompt hearing regarding release or detention of the Defendant.

      Dated this 2nd day of December, 2022.

                                                              Honorable John Z. Boyle
                                                              United States Magistrate Judge