IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kingsley Sebastian Ibhadore,<br><br>　　　　Defendant | No. CR-22-01392-PHX-JJT<br><br>**ORDER MODIFYING CONDITIONS OF RELEASE** |

Upon motion of the defendant, no objection from the government and good cause appearing,

IT IS HEREBY ORDERED modifying defendant's conditions of release such that:

Pretrial Services is authorized, in the lawful performance of the office duties, to monitor defendant's internet activities using an agency approved computer and internet monitoring software. This does not include the monitoring of the computer owned by the defendant's employer.

Further:

1. Stand Alone Monitoring: The defendant has no residential curfew, home detention, or home incarceration restrictions. However, must comply with the location or travel restrictions as imposed by the court.

Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

2. The defendant shall submit to the location monitoring technology indicated below and shall abide by all technological requirements and instructions provided by Pretrial Services.

☒ Location monitoring technology at the officer's discretion

☐ Radio Frequency (RF) Monitoring

☐ Active GPS Monitoring

☐ Voice Recognition

Dated this 1st day of February, 2023.

Honorable John Z. Boyle
United States Magistrate Judge